# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————

No. 17-60555
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

October 29, 2018

Lyle W. Cayce
Clerk

AZUCENA ELIZABETH GUILLEN-LARA; JESSIKA JULIANNE
MARAVILLA-GUILLEN; MANUEL ARMANDO MARAVILLA JURADO,
also known as Manolo,

                                        Petitioners - Appellants

v.

JEFFERSON B. SESSIONS, III, U. S. ATTORNEY GENERAL,

                                        Respondent - Appellee

————————————

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A206 891 795
BIA No. A206 891 796
BIA No. A206 891 797

————————————

Before BARKSDALE, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

    Azucena Elizabeth Guillen-Lara, Manuel Armando Maravilla Jurado,
and Jessika Julianne Maravilla-Guillen, natives and citizens of El Salvador,
and proceeding *pro se*, petition for review of a final order of the Board of

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5th Cir.
R. 47.5.4.

No. 17-60555

Immigration Appeals dismissing their appeal of an order of an immigration judge denying their applications for asylum, withholding of removal, and protection under the Convention Against Torture (CAT).

Contrary to briefing rules, petitioners' brief does not provide any citations to the parts of the record on which they rely. *See* Fed. R. App. P. 28(a)(8)(A); 5th Cir. R. 28.2.2. Although *pro se* litigants enjoy the benefit of liberal construction, *Yang v. Holder*, 664 F.3d 580, 589 (5th Cir. 2011), they "must abide by the Federal Rules of Appellate Procedure". *United States v. Wilkes*, 20 F.3d 651, 653 (5th Cir. 1994). Additionally, petitioners have abandoned their asylum, withholding of removal, and CAT claims by offering nothing more than conclusory assertions in support. *See Garrido-Morato v. Gonzales*, 485 F.3d 319, 321 n.1 (5th Cir. 2007) (citation omitted); *see also Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir. 1993) (to preserve a claim on appeal it must be adequately briefed).

DENIED.